IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:25CR97-1 |
| TINA BROWN COOPER | : |

The Grand Jury charges:

COUNT ONE

On or about August 2, 2024, in the County of Guilford, in the Middle District of North Carolina, TINA BROWN COOPER did knowingly purchase a firearm, to wit: an SKS 7.62x39 caliber rifle in and otherwise affecting interstate and foreign commerce, for, on behalf of, and at the request and demand of Unindicted Co-Conspirator 1, knowing and having reasonable cause to believe that Unindicted Co-Conspirator 1 had previously been convicted in any court of a felony; and did conspire with Unindicted Co-Conspirator 1 to do so; in violation of Title 18, United States Code, Section 932(b)(1).

COUNT TWO

On or about August 2, 2024, in the County of Guilford, in the Middle District of North Carolina, TINA BROWN COOPER did attempt to and did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: an SKS 7.62x39 caliber rifle, to Unindicted Co-Conspirator 1,

in and otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by Unindicted Co-Conspirator 1 would constitute a felony, and did attempt and conspire with Unindicted Co-Conspirator 1 to do so; in violation of Title 18, United States Code, Section 933(a)(1), (a)(3), and (b).

COUNT THREE

On or about September 19, 2024, in the County of Guilford, in the Middle District of North Carolina, TINA BROWN COOPER did knowingly alter, destroy, and cover up records and documents, with the intent to impede, obstruct, and influence the investigation and proper administration of the commission of a Federal offense, to wit: attempted assassination of a Major Presidential Candidate, Title 18, United States Code, Section 351, a matter that TINA BROWN COOPER knew and contemplated was within the jurisdiction of the

2

Federal Bureau of Investigation, a department and agency of the United States, by deleting text messages about the transfer of a firearm to Person 1; in violation of Title 18, United States Code, Section 1519.

DATED: March 24, 2025

RANDALL S. GALYON
Acting United States Attorney

BY: JOANNA G. MCFADDEN
Assistant United States Attorney

A TRUE BILL:

███████████████

FOREPERSON

3

Case 1:25-cr-00097-UA    Document 1    Filed 03/24/25    Page 3 of 3